

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2022

No. 04-22-00126-CR

Albino **CEDILLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 2020-0019-CR
Honorable Steve Hilbig, Judge Presiding

# O R D E R

    Appellant's brief is currently due by August 4, 2022. On July 26, 2022, appellant filed a motion requesting a thirty-day extension of time. After consideration, we **grant** the motion and **order** appellant to file the brief **by September 6, 2022.** Counsel is advised further extensions of time will be disfavored absent extraordinary circumstances.

_____
Luz Elena D. Chapa, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court